# EXHIBIT B

‹‹ THE SPOTNICKS, THE SHADOWS & THE VENTURES : WHEN INSTRUMENTAL BANDS...
posted on March 8, 2011 at 5:55pm

SANTA MONICA BAYKEEPER SEEKING LA ›› RESIDENTS CONCERNED ABOUT THEIR...
posted on March 8, 2011 at 8:25am

**FEATURED POSTS**

See all profiles

All The News That's Fit to Sing
by Miss Ess

Amoeba Music
by Amoeblib

Another Witty and Unnecessary Blog
by Job D Brehm

Beats, Loops & Grooves
by Rachael McGovern

Black Light District
by Aaron Detroit

Classic Schmoozing
by Robin Meisel

Eric's Blog
by Eric Brightwell

Grow Sound Tree
by Kells

Handsome Club - Amoeba Hollywood's Electric News
by Other / Matt / Jordan

Jamesblog
by Billygoon

Los Angeles Me
by Gomez Comes Alive!

Mason Fendi's Cookie Jar
by Chuck

Pearls From The Red Sea
by Mark Beaver

Pen is mightier than the sword
by Brad Schelden

People's Republic of Northern California
by The Bay Area Crew

PST
by Billy Gil

Red Vines & How 'n' Labels
by Smiles Davis

Shake It and Break It
by Shanell Durmor

Technophilia
by Mike Battaglia

# It's ON: Mötley Crüe, Poison and New York Dolls to Tour This Summer!

POSTED BY KELLS, MARCH 8, 2011 04:40PM | POST A COMMENT





Not too long ago I **acknowledged the slim possibility of this show** with little talk, but **Poison** frontman **Bret Michaels** has once again given me something to believe in, as it seems he's stirred up just enough shit-slinging hearsay-hype to look-start this Jack and Aquanet fueled juggernaut of a tour into reality! At least Poison has the decency to yield top billing to the Crüe and work the **New York Dolls** into the equation. One might wonder what former New York Dolls fan club president Mr. Steven **Morrissey** is thinking right about now...

Morrissey - "Trash" (New York Dolls cover) Live in Dallas 1991



Tickets go on sale March 18th! Here is a list of tour dates; keep in mind that some dates have yet to be announced:

6/7 — Dallas, TX, Gexa Energy Pavilion
6/9 — San Antonio, TX, AT&T Center
6/10 — Houston, TX, Toyota Center
6/12 — Albuquerque, NM, Hard Rock Pavilion
6/14 — Los Angeles, CA, Hollywood Bowl
6/15 — San Francisco, CA, Bill Graham Civic Auditorium
6/17 — Phoenix, AZ, Desert Sky Pavilion
6/18 — Las Vegas, NV, Venue TBD
6/20 — Salt Lake City, UT, USANA Amphitheater
6/21 — Kansas City, MO, Sprint Center
6/22 — Maryland Heights, MO, Verizon Wireless Amphitheater
6/24 — Minneapolis, MN, Target Center
6/25 — Milwaukee, WI, Bradley Center
6/26 — Cincinnati, OH, Riverbend Music Center

MUSIC & MOVIES
SHIP FREE
AMOEBA.COM

BUD COS.
VINYL & POSTERS

AMOEBA.COM

SHOP AMOEBA'S



<< THE SPOTNICKS, THE SHADOWS & THE VENTURES - WHEN INSTRUMENTAL BANDS...
posted on March 8, 2011 at 3:55pm

SANTA MONICA BAYKEEPER SEEKING LA >>
RESIDENTS CONCERNED ABOUT THEIR...
posted on March 9, 2011 at 9:29am

# It's ON: Mötley Crüe, Poison and New York Dolls to Tour This Summer!

POSTED BY KELLS, MARCH 8, 2011 04:40PM | POST A COMMENT    SHARE




Not too long ago I acknowledged the slim possibility of this show with little faith, but Poison frontman **Bret Michaels** has once again given me something to believe in, as it seems he's stirred up just enough shit-slinging hearsay-hype to kick-start this Jack and Aquanet fueled juggernaut of a tour into reality! At least Poison has the decency to yield top billing to the **Crüe** and work the **New York Dolls** into the equation. One might wonder what former New York Dolls fan club president Mr. Steven **Morrissey** is thinking right about now...

Morrissey - "Trash" (New York Dolls cover) Live in Dallas 1991

Tickets go on sale March 18th! Here is a list of tour dates; keep in mind that some dates have yet to be announced:

6/7 — Dallas, TX, Gexa Energy Pavilion
6/9 — San Antonio, TX, AT&T Center
6/10 — Houston, TX, Toyota Center
6/12 — Albuquerque, NM, Hard Rock Pavilion
6/14 — Los Angeles, CA, Hollywood Bowl
6/15 — San Francisco, CA, Bill Graham Civic Auditorium
6/17 — Phoenix, AZ, Desert Sky Pavilion
6/18 — Las Vegas, NV, Venue TBD
6/19 — Salt Lake City, UT, USANA Amphitheater
6/21 — Kansas City, MO, Sprint Center
6/22 — Maryland Heights, MO, Verizon Wireless Amphitheater

## FEATURED POSTS


New "What's In My Bag?" Episode with Jungle


Paul McCartney's "Amoeba Gig" Out Now


Johnny Ramone Tribute at Hollywood Forever August 11

## CONTRIBUTORS
See all profiles

*All The News That's Fit to Sing*
  by Miss Ess

*Amoeba Music*
  by Amoebite

*Another Witty and Unnecessary Blog*
  by Job O Brother

*Beats, Loops & Grooves*
  by Rachael McGovern

*Black Light District*
  by Aaron Detroit

*Classic Schmoozing*
  by Rubin Meisel

*Eric's Blog*
  by Eric Brightwell

*Grow Sound Tree*
  by Kells

*Handsome Club - Amoeba Hollywood's Electro News*
  by Oliver / Matt / Jordan

*Jamoeblog*
  by Billyjam

*Los Angeles Me*
  by Gomez Comes Alive!

*Mason Fiend's Cookie Jar*
  by Chuck

*Pearls From The Red Sea*
  by Mark Beaver

*Pen is mightier than the sword*
  by Brad Schelden

*People's Republic of Northern California*
  by The Bay Area Crew

*PST*
  by Billy Gil

*Red Vines & Now 'n' Laters*
  by Smiles Davis

*Shake It and Break It*




by Sherwin Dunner

*Technophilia*
by Mike Battaglia

*The Choice Bin*
by Rick Frystak

*The Gone World*
by Mr. Chadwick

*the thing of a thing of a thing...*
by Whitmore

*The Vinyl Beat: Roots Music and Beyond!*
by Joe Goldmark

*Video Maniacs*
by phil blankenship

*Writings from the Holy Texan*
by Charles Reece

### AMOEBA LINKS
New CD Releases
New Vinyl Releases
New Blu-ray Releases
Upcoming In-Stores at Amoeba
Amoeba Store Locations
Buy Sell Trade
Sell 78 rpm Records
CD & Vinyl Store
Cheap Vinyl Records
Buy Vinyl Records
Hi-Fidelity Berkeley
Dispensary

### ARCHIVED ENTRIES
Yesterday
This Week
Last Week
March 1995
May 1996
July 1996
January 2001
February 2001
March 2007
April 2007
May 2007
June 2007
July 2007
August 2007
September 2007
October 2007
November 2007
December 2007
January 2008
February 2008
March 2008
April 2008
May 2008
June 2008
July 2008
August 2008
September 2008
October 2008
November 2008
December 2008
January 2009
February 2009
March 2009
April 2009
May 2009
June 2009
July 2009
August 2009
September 2009
October 2009
November 2009
December 2009
January 2010
February 2010
March 2010
April 2010
May 2010
June 2010
July 2010
August 2010
September 2010
October 2010
November 2010
December 2010
January 2011
February 2011
March 2011
April 2011

6/24 — Minneapolis, MN, Target Center
6/25 — Milwaukee, WI, Bradley Center
6/26 — Cincinnati, OH, Riverbend Music Center
6/28 — Toronto, ON, Molson Amphitheater
6/29 — Clarkston, MI, DTE Energy Music Theatre
7/1 — Tinley Park, IL, FMB Amphitheater
7/2 — Noblesville, IN, Verizon Wireless Music Center
7/3 — Nashville, TN, Bridgestone Arena
7/5 — Hollywood, FL, Seminole Hard Rock Live Arena
7/6 — Tampa, FL, St. Pete Times Forum
7/8 — Biloxi, MS, Mississippi Coast Coliseum
7/9 — Pelham, AL, Verizon Wireless Music Center (Mötley Crüe & NY Dolls Only)
7/10 — Atlanta, GA, Aaron's Amphitheater at Lakewood
7/12 — Charlotte, NC, Verizon Wireless Amphitheater
7/13 — Hershey, PA, Star Pavilion at Hershey Park
7/15 — Uncasville, CT, Mohegan Sun Arena
7/16 — Camden, NJ, Susquehanna Bank Center
7/19 — Mansfield, MA, Comcast Center
7/20 — Uniondale, NY, Nassau Veterans Memorial Coliseum
7/22 — Darien Center, NY, Darien Lakes Performing Arts Center
7/23 — Saratoga Springs, NY, Saratoga Performing Arts Center
7/24 — Pittsburgh, PA, Stage AE
7/27 — Cheyenne, WY, Frontier Days (Mötley Crüe Only)
7/29 — Youngstown, OH, Covelli Centre
7/30 — Frederick, MD, Outlaw Jam
7/31 — Scranton, PA, Toyota Pavilion at Montage Mountain
8/5 — Tomah, WI, Fort McCoy

### RELEVANT TAGS
2011 (5), Tour (6), Morrissey (45), New York Dolls (6), Motley Crue (7), Poison (6)

---

**0 Comments**                                    Sort by  Oldest



Add a comment...

Facebook Comments plugin



May 2011
June 2011
July 2011
August 2011
September 2011
October 2011
November 2011
December 2011
January 2012
February 2012
March 2012
April 2012
May 2012
June 2012
July 2012
August 2012
September 2012
October 2012
November 2012
December 2012
January 2013
February 2013
March 2013
April 2013
May 2013
June 2013
July 2013
August 2013
September 2013
October 2013
November 2013
December 2013
January 2014
February 2014
March 2014
April 2014
May 2014
June 2014
July 2014
August 2014
September 2014
October 2014
November 2014
December 2014
January 2015
February 2015
March 2015
April 2015
May 2015
June 2015
July 2015
August 2015
September 2015
October 2015
November 2015
December 2015
January 2016
February 2016
March 2016
April 2016
May 2016
June 2016
July 2016
August 2016
September 2016
October 2016
November 2016
December 2016
January 2017
February 2017
March 2017
April 2017
May 2017
June 2017
July 2017
August 2017
September 2017
October 2017
November 2017
December 2017
January 2018
February 2018
March 2018
April 2018
May 2018
June 2018
July 2018
August 2018
September 2018
October 2018
November 2018
December 2018
January 2019
February 2019
March 2019
April 2019
May 2019
June 2019
July 2019

August 2019

Copyright © 2007-2019 Amoeba, All Rights Reserved.
Amoeba and the Amoeba Music mark and logo are trademarks of Amoeba Music Inc.
The views and opinions expressed in Amoeblog are those of the individual bloggers and not necessarily those of Amoeba Music.