UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL ZLOZOWER<br><br>        Plaintiff,<br><br>v.<br><br>AMOEBA MUSIC INC.<br><br>        Defendant. | **NOTICE OF SETTLEMENT**<br><br>**Case No.: 4:19-cv-4701-PJH** |

The parties have reached a settlement in principle. Within the next 30 days, the parties will submit their stipulation of dismissal.

/s/Richard Liebowitz
Richard Liebowitz
Liebowitz Law Firm, PLLC
11 Sunrise Plaza, Suite 301
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

Dated: October 30, 2019

*Attorneys for Plaintiff Neil Zlozower*