UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEIL ZLOZOWER,<br><br>      Plaintiff,<br><br>v.<br><br>AMOEBA MUSIC INC.<br><br>      Defendant. | **STIPULATION OF SETTLEMENT DISMISSAL WITH PREJUDICE (FRCP 41(a)(1)(A)(ii))**<br><br>Case No.: 4:19-cv-4701-PJH |

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Plaintiff, Neil Zlozower, and counsel for the Defendant, Amoeba Music Inc. that all claims asserted in the above-captioned action have been settled and are dismissed with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its own costs.

| | |
|---|---|
| /s/Richard Liebowitz | /s/*David R. Krause-Leemon* |
| Richard P. Liebowitz | David R. Krause-Leemon |
| | |
| Liebowitz Law Firm, PLLC | BEAUDOIN & KRAUSE-LEEMON, LLP |
| 11 Sunrise Plaza, Suite 305 | 15165 Ventura Boulevard, Suite 400 |
| Valley Stream, NY 11580 | Sherman Oaks, CA 91403 |
| Tel: (516) 233-1660 | Tel: (818) 205-2809 |
| RL@LiebowitzLawFirm.com | david@bk-llaw.com |
| | |
| Dated: 11/13/2019 | Dated: 11/13/2019 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |